# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: US Investigations Services, LLC, | : | Bankruptcy Case No. 15-10262-KBO |
| | : | |
| | : | BAP No. 20-4 |
| Debtor. | : | |
| _____ | : | |
| | : | |
| PERRY KYIEM FORREST, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 20-223-RGA |
| | : | |
| US INVESTIGATIONS SERVICES, INC., | : | |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **28th** day of **February, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on February 27, 2020 for an initial review and discussion with the pro se Appellant and counsel representing Appellee to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

During the teleconference of February 27, 2020, the court attempted to understand the issues that Appellant raised on this appeal. From what the Court was able to determine, it appears that all are legal issues not appropriate for mediation. Although Appellant finally indicated that he wanted to mediate, Appellee did not.

If this Recommendation is adopted, the parties will require a briefing schedule from the Court.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties were advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1. Appellant indicated that he may file such objections.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge